1 | Michael P. Lehmann (77152; mlehmann@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
2 | One Embarcadero Center
Suite 2440
3 | San Francisco, CA 94111
Telephone:    (415) 986-3321
4 | Facsimile:    (415) 986-3643

5 | Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
6 | James J. Pizzirusso (jpizzirusso@cmht.com)
Hilary K. Ratway (209451;hratway@cmht.com)
7 | Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
8 | 1100 New York Avenue, NW
West Tower, Suite 500
9 | Washington, DC 20005
Telephone:    (202) 408-4600
10 | Facsimile:    (202) 408-4699

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL DILLER and TRONG NGUYEN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIR NEW ZEALAND LIMITED; ALL NIPPON AIRWAYS COMPANY, LIMITED; CATHAY PACIFIC AIRWAYS LIMITED; CHINA AIRLINES LIMITED; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL COMPANY, LIMITED; MALAYSIA AIRLINES SYSTEM BERHAD; NORTHWEST AIRLINES CORPORATION; SINGAPORE AIRLINES LIMITED; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LIMITED,<br><br>Defendants. | **Case No.  C-07-6394**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 21, 2007

COHEN, MILSTEIN, HAUSFELD & TOLL
P.L.L.C.

By: */s/ Michael P. Lehmann*
    Michael P. Lehmann
    Counsel for Plaintiffs