1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines Corporation

8  Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RACHEL DILLER AND TRONG NGUYEN**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND LIMITED; ALL NIPPON AIRWAYS COMPANY; CATHAY PACIFIC AIRWAYS LIMITED; CHINA AIRLINES LIMITED; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL COMPANY, LIMITED; MALAYSIA AIRLINES SYSTEM BERHAD; NORTHWEST AIRLINES CORPORATION; SINGAPORE AIRLINES LIMITED; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LIMITED,**<br><br>Defendants. | Case No. 07-CV-06394-MEJ<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN RELATED ACTIONS**<br><br>The Honorable Maria-Elena James |

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINTS IN
RELATED ACTIONS - CASE NO. 07-CV-06394-MEJ

1  Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiffs
4  Rachel Diller and Trong Nguyen (collectively "Plaintiffs"), and defendant Northwest Airlines
5  Corporation ("Defendant"), through counsel, hereby stipulate and agree as follows:

6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
8  required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
9  the JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended
10 complaint is filed by Plaintiffs in a single transferee Court and served on Defendant, and
11 Plaintiffs' counsel is acting as Lead Counsel, Plaintiffs agree that Defendants' time to answer,
12 move, or otherwise plead is enlarged until 45 days after such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
15 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
16 of process or service of process.  This Stipulation does not constitute a waiver of any other
17 defense including, but not limited to, the defenses of lack of personal or subject matter
18 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
19 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.
20 The above notwithstanding, should Defendant, except pursuant to court order, respond to any
21 complaint in a related matter filed in another United States District Court prior to the date
22 contemplated by this stipulation, then Defendant shall make a simultaneous response to the
23 complaint in the above-captioned matter.
24 //
25 //
26 //
27 //
28 //

1

1    IT IS SO STIPULATED.

     Respectfully Submitted,

Dated: January 08, 2008            BOIES, SCHILLER & FLEXNER LLP

                                   By:     /s/ Dean M. Harvey

                                   JOHN F. COVE, JR.
                                   KENNETH F. ROSSMAN IV
                                   DEAN M. HARVEY
                                   1999 Harrison St., Suite 900
                                   Oakland, CA 94612
                                   Telephone: (510) 874-1000
                                   Facsimile: (510) 874-1460

                                   Attorneys for Defendant Northwest Airlines
                                   Corporation

Dated: January 08, 2008            COHEN, MILSTEIN, HAUSFELD & TOLL,
                                   P.L.L.C.

                                   By:     /s/ Michael P. Lehmann

                                   MICHAEL P. LEHMAN
                                   One Embarcadero Center
                                   Suit 2440
                                   San Francisco, CA 94111
                                   Telephone: (415) 623-2047
                                   Facsimile: (415) 433-5994

                                   MICHAEL D. HAUSFELD
                                   CHARLES E. TOMPKINS
                                   JAMES J. PIZZIRUSSO
                                   HILLARY K. RATWAY
                                   ANDREA L. HERTZFELD
                                   1100 New York Avenue, NW
                                   West Tower, Suite 500
                                   Washington, DC 20005
                                   Telephone: (202) 408-4600
                                   Facsimile: (202) 408-4699

                                   Attorneys for Plaintiffs