BOIES, SCHILLER & FLEXNER LLP
JOHN F. COVE, JR. (CA Bar No. 212213)
KENNETH F. ROSSMAN IV (CA Bar No. 237558)
DEAN M. HARVEY (CA Bar No. 250298)
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email:  jcove@bsfllp.com
        krossman@bsfllp.com
        dharvey@bsfllp.com

Attorneys for Defendant Northwest Airlines
Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RACHEL DILLER, TRONG NGUYEN**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **AIR NEW ZEALAND LIMITED; ALL NIPPON AIRWAYS COMPANY, LIMITED; CATHAY PACIFIC AIRWAYS LIMITED; CHINA AIRLINES LIMITED; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL COMPANY, LIMITED; MALAYSIA AIRLINES SYSTEM BERHAD; NORTHWEST AIRLINES CORPORATION; SINGAPORE AIRLINES LIMITED; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LIMITED,** <br><br> Defendants. | Case No. 07-CV-06394-MEJ <br><br> **DEFENDANT NORTHWEST AIRLINES CORPORATION'S NOTICE OF APPEARANCE OF JOHN F. COVE, JR., KENNETH F. ROSSMAN IV AND DEAN M. HARVEY** <br><br> The Honorable Maria-Elena James |

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE THAT John F. Cove, Jr., Kenneth F. Rossman IV and Dean M.

3  Harvey of Boies, Schiller & Flexner LLP, 1999 Harrison Street, Suite 900, Oakland, California

4  94612, hereby enter an appearance on behalf of defendant Northwest Airlines Corporation in the

5  above-captioned matter.

6

7      Respectfully Submitted,

8  Dated:  January 08, 2008                    BOIES, SCHILLER & FLEXNER LLP

9                                              By:    /s/ Dean M. Harvey

10                                             JOHN F. COVE, JR.
                                               KENNETH F. ROSSMAN IV
11                                             DEAN M. HARVEY
                                               1999 Harrison St., Suite 900
12                                             Oakland, CA 94612
                                               Telephone: (510) 874-1000
13                                             Facsimile: (510) 874-1460
14
                                               Attorneys for Defendant Northwest Airlines
15                                             Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

1