1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines
   Corporation
8

9

10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13 | **RACHEL DILLER, TRONG NGUYEN**,      ) Case No. 07-CV-6394 MEJ
14 | individually and on behalf of all others  ) **DEFENDANT NORTHWEST AIRLINES**
   | similarly situated,                    ) **CORPORATION'S CERTIFICATION OF**
15 |                                         ) **INTERESTED ENTITIES OR PERSONS**
   |                Plaintiffs,              )
16 |                                         )
   | vs.                                     ) Magistrate Judge Maria-Elena James
17 |                                         )
   |                                         )
18 | **AIR NEW ZEALAND LIMITED; ALL**        )
   | **NIPPON AIRWAYS COMPANY,**             )
19 | **LIMITED; CATHAY PACIFIC**             )
   | **AIRWAYS LIMITED; CHINA AIRLINES**     )
20 | **LIMITED; EVA AIRWAYS**                )
   | **CORPORATION; JAPAN AIRLINES**         )
21 | **INTERNATIONAL COMPANY,**              )
   | **LIMITED; MALAYSIA AIRLINES**          )
22 | **SYSTEM BERHAD; NORTHWEST**            )
   | **AIRLINES CORPORATION;**               )
23 | **SINGAPORE AIRLINES LIMITED; THAI**    )
24 | **AIRWAYS INTERNATIONAL PUBLIC**        )
   | **COMPANY, LIMITED,**                   )
25 |                                         )
   |                                         )
26 |                Defendants.              )

27

28

DEFENDANT NORTHWEST AIRLINES CORPORATION'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS - CASE NO. 07-CV-6394 MEJ

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
|---|---|
| Northwest Airlines Corporation | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

Respectfully Submitted,

Dated: January 08, 2008            BOIES, SCHILLER & FLEXNER LLP

By:     /s/ Dean M. Harvey

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
DEAN M. HARVEY
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant Northwest Airlines Corporation