1    Michael P. Lehmann (77152; mlehmann@cmht.com)
     COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
2    One Embarcadero Center
     Suite 2440
3    San Francisco, CA  94111
     Telephone:  (415) 229-2080
4    Facsimile:  (415) 986-3643

5    *Counsel for Plaintiffs*
     *(Additional Counsel on Signature Page)*

6

7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9    _____
                                             :
10   RACHEL DILLER and TRONG                 :
     NGUYEN, individually and on behalf of   :    Case No. 07-cv-06394-JSW
     others similarly situated;              :
11                                           :
                                             :    **STIPULATION REGARDING**
                            Plaintiffs,      :    **EXTENSION OF TIME FOR**
12                                           :    **CERTAIN DEFENDANTS TO**
            v.                               :    **RESPOND TO THE COMPLAINT**
13                                           :
     AIR NEW ZEALAND LIMITED;                :
14   ALL NIPPON AIRWAYS COMPANY,             :
     LIMITED; CATHAY PACIFIC                 :
     AIRWAYS LIMITED; CHINA AIRLINES         :
15   LIMITED; EVA AIRWAYS                     :
     CORPORATION; JAPAN AIRLINES             :
16   INTERNATIONAL COMPANY,                  :
     LIMITED; MALAYSIA AIRLINES              :
17   SYSTEM BERHAD;  NORTHWEST               :
     AIRLINES CORPORATION;                   :
18   SINGAPORE AIRLINES LIMITED;             :
     THAI AIRWAYS INTERNATIONAL              :
19   PUBLIC COMPANY, LIMITED,                :
                                             :
20                          Defendants.      :
     _____:

21

22

23

24

25

26

27

28

WHEREAS the undersigned plaintiffs have filed the above-captioned case;

WHEREAS plaintiffs allege antitrust violations by defendant airlines in the sale of passenger air transportation services containing transpacific flight segments;

WHEREAS multiple complaints have been filed to date in federal district courts throughout the State of California by plaintiffs purporting to bring class actions on behalf of purchasers of passenger air transportation services containing transpacific flight segments (collectively "the Transpacific Air Passenger cases");

WHEREAS a motion is pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the Transpacific Air Passenger cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. Section 1407;

WHEREAS the JPML has scheduled a hearing on the pending transfer motion for January 30, 2008;

WHEREAS plaintiffs anticipate the possibility of filing a Consolidated Amended Complaint in the Transpacific Air Passenger cases;

WHEREAS plaintiffs and Singapore Airlines Limited, All Nippon Airways Co., Ltd., Cathay Pacific Airways Ltd. and China Airlines, Ltd. ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Transpacific Air Passenger cases would be more efficient for the parties and for the Court;

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.      The deadline for Defendants to answer, move or otherwise respond to plaintiffs' complaint shall be extended until forty-five days after the filing of a Consolidated Amended Complaint in the Transpacific Air Passenger cases, or such other time as the parties may jointly agree in writing;

2.     This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation; and

3.     This Stipulation does not constitute a waiver by Singapore Airlines Limited, All Nippon Airways Co., Ltd., Cathay Pacific Airways Ltd., China Airlines, Ltd. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.


DATED:  January 15, 2008                    By:  */s/ Michael P. Lehmann*
_____
                                            Michael P. Lehmann (77152)
                                            COHEN, MILSTEIN, HAUSFELD & TOLL,
                                            P.L.L.C.
                                            One Embarcadero Center, Suite 2440
                                            San Francisco, CA  94111
                                            Telephone:  (415) 229-2080
                                            Facsimile:  (415) 986-3643

                                            *Counsel for Plaintiffs*

                                            By:  */s/ William R. Sherman*
_____
                                            William R. Sherman
                                            LATHAM & WATKINS LLP
                                            555 Eleventh Street, NW, Suite 1000
                                            Washington, D.C.  20004
                                            Telephone:  (202) 637-1094
                                            Facsimile:  (202) 637-2201

                                            *Counsel for Defendant Singapore Airlines
                                            Limited*
                                            By:
                                            */s/ Douglas E. Rosenthal*
_____
                                            Douglas E. Rosenthal
                                            CONSTANTINE CANNON LLP
                                            1627 I Street, NW, 10th Floor
                                            Washington, DC  20006
                                            Telephone:  (202) 204-3510
                                            Facsimile:  (202) 204-3501

                                            *Counsel for Defendant All Nippon Airways Co.,
                                            Ltd.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _/s/ Edward B. Schwartz_____
    Edward B. Schwartz
    DLA PIPER LLP
    500 8th Street, NW
    Washington, DC  20004
    Telephone:  (202) 799-4516
    Facsimile:  (202) 799-5516

    *Counsel for Defendant Cathay Pacific Airways Ltd.*

By: _/s/ James V. Dick_____
    James V. Dick
    SQUIRE, SANDERS & DEMPSEY LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC  20004
    Telephone:  (202) 626-6714
    Facsimile:  (202) 626-6780

    *Counsel for Defendant China Airlines, Ltd.*


IT IS SO ORDERED

By_____
    Honorable Jeffrey S. White
    United States District Judge