Michael P. Lehmann (77152; mlehmann@cmht.com)
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

*Attorneys for Plaintiffs Rachel Diller and Trong Nguyen and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL DILLER and TRONG NGUYEN, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AIR NEW ZEALAND LIMITED; ALL NIPPON AIRWAYS COMPANY, LIMITED; CATHAY PACIFIC AIRWAYS LIMITED; CHINA AIRLINES LMITED; EVA AIRWAYS CORPORATION; JAPAN AIRLINES INTERNATIONAL COMPANY, LIMITED; MALAYSIA AIRLINES SYSTEM BERHAD; NORTHWEST AIRLINES CORPORATION; SINGAPORE AIRLINES, LIMITED; THAI AIRWAYS INTERNATIONAL PUBLIC COMPANY, LIMITED,<br><br>Defendants. | Case No. 07-cv-06394-JSW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NORTHWEST AIRLINES** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Rachel Diller and Trong Nguyen hereby dismiss all claims, without prejudice, against defendant Northwest Airlines Corporation.

| | |
|---|---|
| Dated: March 13, 2008 | Respectfully submitted, |

By: /s/ *Michael P. Lehmann*

Michael P. Lehmann (77152;
   mlehmann@cmht.com)
Christopher L. Lebsock (184546;
   clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN MILSTEIN HAUSFELD & TOLL,
P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643

Michael D. Hausfeld (mhausfeld@cmht.com)
Charles E. Tompkins (ctompkins@cmht.com)
Andrea L. Hertzfeld (ahertzfeld@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Allan Steyer (Cal. Bar No. 100318;
   asteyer@steyerlaw.com)
**STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Plaintiffs Rachel Diller and
Trong Nguyen

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEF. NORTHWEST AIRLINES
CASE NO. 07-CV-06394-JSW

- 2 -

IMANAGE 357620.1